ORIGINAL

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

ROD DANIELSON, Chapter 13 Trustee
Elizabeth A. Schneider, SBN 154471
4361 Latham Street, Suite 270
Riverside, CA 92501-1749
(951) 826-8000 FAX (951) 826-8090

☐ Attorney for
☒ Chapter 13 Trustee

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CHAPTER 13

CASE NUMBER 6: 10-bk-21414-CB

In re:

JOSE FRANCISCO RIVERA and
MARIA ELENA RIVERA

Debtor(s).

Date: Januray 27, 2011
Time: 1:30 p.m.
Location: 3420 Twelfth Street; Riverside, CA
Courrtroom: 303

## TRUSTEE'S COMMENTS ON OR OBJECTION TO:

☐ DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS
☐ DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT
☐ DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY
☐ DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY
☒ OTHER: DEBTOR'S MOTION FOR ORDER APPROVING LOAN MODIFICATION AGREEMENT

The undersigned Chapter 13 Trustee, having reviewed Debtor's Motion filed on 12/24/10 as docket entry number #36, recommends:

☒ APPROVAL

☐ APPROVAL on the following conditions:

________________________________________.
__________________________________. ☐ See attached sheet.

☐ DISAPPROVAL for the following reasons:

________________________________________.
__________________________________. ☐ See attached sheet.

☐ Set for hearing.

Dated: 01/07/11

[signature]
Chapter 13 Trustee

| In re: RIVERA Debtor(s). | CHAPTER 13<br>CASE NUMBER 06: 10-bk-21414-CB |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

ROD DANIELSON, Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA 92501-1749

The foregoing document **TRUSTEE'S COMMENTS ON OR OBJECTION TO: DEBTOR'S MOTION FOR AUTHORITY TO MODIFY LOAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 01/07/11 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

lbishopbk@yahoo.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 1-10-11 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Jose F. rivera; Maria E. Rivera; 9046 Box Elder Court; Fontana, CA 92335

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 1-10-11 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

The Honorable Catherine E. Bauer
U.S. Bankruptcy Court, Riverside Division
3420 Twelfth Street
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1-10-11 | Susan Jones | Susan Jones |
|---|---|---|
| *Date* | *Type Name* | *Signature* |